UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR, JR.,

    Plaintiff,

    v.

ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY, et al.,

    Defendants.
_____/

No. C 10-0715 PJH

**ORDER VACATING HEARING DATE**

The court has reviewed the papers filed by the parties in support of and in opposition to defendants' motion to dismiss the above-entitled action, and finds the motion appropriate for decision without oral argument.[1]  Accordingly, the date for the hearing, previously noticed for May 12, 2010, is hereby VACATED.  The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] See Civil L.R. 7-1(b); see also Partridge v. Reich, 141 F.3d 920, 926 (9th Cir.1998); Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991) (court's consideration of moving and opposition papers is deemed adequate substitute for formal hearing).