**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6
7   FRED C. CARR, JR.,
8              Plaintiff,                    No. C 10-0715 PJH
9        v.                                  **ORDER**
10  ALLIED WASTE SYSTEMS OF
    ALAMEDA COUNTY, et al.,
11
12             Defendants.
    _____/
13           Presently pending before the court is a motion by defendants Allied Waste Systems
14  of Alameda County, Ray Atkinson, and Fred Penning for an order dismissing the complaint
15  in the above-entitled action.  The motion (which is fully briefed) was previously set for
16  hearing on May 12, 2010.  On May 3, 2010, the court vacated the hearing date and advised
17  the parties that the motion would be decided on the papers.  On May 6, 2010, plaintiff filed
18  a first amended complaint.
19           The court has not reviewed defendants' motion, and thus makes no finding as to
20  whether the first amended complaint resolves the issue or issues raised by defendants.
21  The court finds, however, that the interests of judicial economy will be better served if
22  defendants withdraw the motion, and respond instead to the first amended complaint, by
23  filing a responsive pleading or motion to dismiss no later than June 2, 2010.
24
25  **IT IS SO ORDERED.**
26  Dated:  May 11, 2010
27                                           _____
                                             PHYLLIS J. HAMILTON
                                             United States District Judge
28