UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR, JR.,

    Plaintiff,

    v.

ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY, et al.,

    Defendants.

_____/

No. C 10-0715 PJH

**ORDER DENYING MOTION FOR RECONSIDERATION**

    Plaintiff Fred C. Carr seeks reconsideration of an order denying his motion for preliminary injunction in the above-entitled action. The motion appears to be noticed for hearing on June 2, 2010.

    Under Civil Local Rule 7-9, "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." Civ. L.R. 7-9(a). Plaintiff did not seek leave of court before filing the motion, and on that basis, the motion is DENIED.

    In addition, plaintiff did not file a motion for preliminary injunction in the above-entitled action. Thus, even had he requested leave to file a motion for reconsideration, the motion would still have been denied as there is nothing to reconsider.

    Plaintiff did file a motion for a preliminary injunction in case No. C-09-4675 PJH, a case that is related to this one, but which was terminated on December 11, 2009. The court denied the motion for preliminary injunction in that case because the judgment of dismissal is presently the subject of an appeal filed by plaintiff. However, the court cannot reconsider, in the present case, the denial of a motion made in another case.

**IT IS SO ORDERED.**

Dated: June 2, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge