UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR,

    Plaintiff,

    v.

ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY, et al.,

    Defendants.
_____/

No. C 10-0715 PJH

**ORDER**

The court is in receipt of a chambers copy of the Declaration of Amy K. Skryja in support of the motion of Allied Waste Systems to dismiss the complaint in the above-entitled action. The declaration is not in usable format. The declaration includes numerous exhibits, but the exhibits are not tabbed. The court is unable to locate exhibits in a lengthy declaration if they are not tabbed. The court will consider the contents of the Skryja Declaration only if a usable copy is submitted by June 4, 2010.

**IT IS SO ORDERED.**

Dated: June 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge