**United States District Court**
For the Northern District of California

1
2
3                              UNITED STATES DISTRICT COURT
4                             NORTHERN DISTRICT OF CALIFORNIA
5
6
7   FRED C. CARR, JR.,
8              Plaintiff,                        No. C 10-0715 PJH
9        v.                                      **ORDER**
10  ALLIED WASTE SYSTEMS OF
    ALAMEDA COUNTY, et al.,
11
12             Defendants.
    _____/
13          The above-entitled action was removed to this court on February 19, 2010.  On May

14  6, 2010, plaintiff filed a first amended complaint.  On June 2, 2010, defendants Teamsters

15  Union Local No. 70, Dominic Chiovare, Joe Silva, David Rosenfeld, and Weinberg, Roger &

16  Rosenfeld ("Union defendants") filed a motion to dismiss, noticed for hearing on July 14,

17  2010.  Also on June 2, 2010, defendants Allied Waste Systems of Alameda County, Ray

18  Atkinson, and Fred Penning ("AWS defendants") filed a motion to dismiss, noticed for

19  hearing on July 7, 2010.

20          On June 11, 2010, plaintiff filed a motion to disqualify the undersigned judge, who

21  referred it on June 15, 2010 for assignment to another district judge for decision.  In the

22  same order, the undersigned vacated the hearing dates set for the motions to dismiss, and

23  suspended the briefing pending the ruling on the motion to disqualify.  On June 16, 2010,

24  the motion to disqualify was referred to the Hon. William H. Alsup, who denied it on June

25  23, 2010.  Meanwhile, notwithstanding the order suspending the briefing, on June 22, 2010,

26  plaintiff filed an opposition to the motion to dismiss filed by the AWS defendants.

27  The parties are now directed to adhere to the following briefing schedule.  Plaintiff's

28  opposition to the motion to dismiss filed by the Union defendants shall be filed and served

1  no later than July 7, 2010.  Both the AWS defendants and the Union defendants shall file

2  and serve their replies to plaintiff's oppositions no later than July 14, 2010.  The court will

3  decide the motions on the papers.  No hearing will be held.

4

5  **IT IS SO ORDERED.**

6  Dated:  June 25, 2010

7  _____
   PHYLLIS J. HAMILTON
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2