1  SEYFARTH SHAW LLP
   Nick C. Geannacopulos (State Bar No. 114822)
2  ngeannacopulos@seyfarth.com
   Amy K. Skryja (State Bar No. 214826)
3  askryja@seyfarth.com
   Pritee K. Thakarsey (State Bar No. 266168)
4  pthakarsey@seyfarth.com
   560 Mission Street, Suite 3100
5  San Francisco, California 94105
   Telephone: (415) 397-2823
6  Facsimile: (415) 397-8549

7  Attorneys for Defendants
   ALLIED WASTE SERVICES OF NORTH AMERICA,
8  LLC d/b/a ALLIED WASTE SERVICES OF ALAMEDA
   COUNTY (erroneously sued as ALLIED WASTE SYSTEMS
9  OF ALAMEDA COUNTY); RAY ATKINSON and FRED PENNING

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED C. CARR, JR. | Case No. C-10 00715 PJH |
| Plaintiff, | [Related to Case No. CV 09-04675 PJH] |
| v. | **REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND; [~~PROPOSED~~] ORDER** |
| ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY; RAY ATKINSON; FRED PENNING AND BROTHERHOOD OF THE TEAMSTERS LOCAL UNION # 70; DOMINIC CHIOVARE (BUSINESS AGENT) AND PRESIDENT JOE SILVA, DAVID ROSENFELD INDIVIDUALLY AND ON BEHALF OF WEINBERG, ROGER & ROSENFELD, A PROFESSIONAL CORPORATION | AS MODIFIED BY THE COURT |
| | Complaint Filed: February 2, 2010 |
| Defendants. | Amended Complaint Filed: May 6, 2010 |

Defendants Allied Waste Services of North America, LLC d/b/a Allied Waste Services of Alameda County (erroneously sued as Allied Waste Systems of Alameda County), Ray Atkinson, and Fred Penning ("Allied Waste Defendants") respectfully request that the initial case management conference, currently set for July 22, 2010 at 2:00 p.m., be continued until August 5, 2010 at 2:00 p.m., or any date thereafter that is convenient for the Court.

The Allied Waste Defendants filed a Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint on June 2, 2010. Plaintiff filed an opposition to Allied

1
REQUEST TO CONTINUE INITIAL CMC AND [PROPOSED] ORDER - CASE NO. C 10-00715 PJH

1  Waste Defendants' Motion to Dismiss on June 22, 2010. As ordered by the Court on June 25,
2  2010, Allied Waste Defendants will file a reply to Plaintiff's opposition no later than July 14,
3  2010. Pursuant to the Court's June 25, 2010 Order, the motion will be decided on the papers.
4  The Parties' Joint Case Management is due to be filed the next day on July 15, 2010, and as
5  stated, the initial case management conference is currently set to go forward on July 22, 2010 at
6  2:00 p.m.

7      Pursuant to Civil L.R. 16-2(d)(2) and the Court's Order Setting Case Management
8  Conference, on June 30, 2010, counsel for the Allied Waste Defendants in good faith contacted
9  counsel for the Union Defendants via telephone. The Union Defendants agreed to stipulate to
10 this continuance. Counsel for Allied Waste Defendants also contacted Plaintiff via telephone on
11 June 30, 2010 and left him a voice message requesting that he stipulate to this continuance for
12 the above-stated reason. At the time of this filing, Plaintiff has not contacted counsel for the
13 Allied Waste Defendants. Accordingly, in the interest of judicial economy and to avoid the
14 expense of unnecessary legal fees, good cause exists to continue the initial case management
15 conference until after the Court has made a ruling on Defendants' Federal Rule of Civil
16 Procedure 12(b)(6) Motions to Dismiss Plaintiff's Amended Complaint.

17
18 DATED: July 2, 2010         SEYFARTH SHAW LLP

19                             By:   */s/ Pritee K. Thakarsey*
20                                 Pritee K. Thakarsey
                               Attorneys for Defendants
21                                ALLIED WASTE SERVICES OF NORTH AMERICA,
                               LLC d/b/a ALLIED WASTE SERVICES OF ALAMEDA
22                                COUNTY (erroneously sued as ALLIED WASTE SYSTEMS
                               OF ALAMEDA COUNTY); RAY ATKINSON and FRED
23                                PENNING

24
25
26
27
28

1  **[PROPOSED] ORDER**

2  Good cause existing, it is hereby ordered that the Allied Waste Defendants request to

3  continue the status conference is **GRANTED**. The initial case management conference currently

4  scheduled for July 22, 2010 at 2:00 p.m. is vacated and rescheduled for August 5, 2010, at

   will be rescheduled after the court rules on the pending motions to dismiss.

5  2:00 p.m.

7  **IT IS SO ORDERED.**

9  DATED:  7/6/10

10  Honorable Phyllis J. Hamilton
   United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

3
REQUEST TO CONTINUE INITIAL CMC AND [PROPOSED] ORDER - CASE NO. C 10-00715 PJH

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On July 2, 2010, I served the within documents:

**REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND; [PROPOSED] ORDER**

☐ I sent such document from facsimile machine (415) 397-8549 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally arranging for hand delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

Fred C. Carr, Jr.
2050 Truman Lane
Oakley, California 94561

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on July 2, 2010, at San Francisco, California.

_____
Liza P. Allen

12446080v.1 / 54919-000182