UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR, JR.,

    Plaintiff,   No. C 10-0715 PJH

    v.   **ORDER**

ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY, et al.,

    Defendants.

_____/

       On November 23, 2010, the court issued an order granting defendants' motions to dismiss in part and denying them in part, with leave to amend the complaint. The order set a deadline of December 29, 2010 for plaintiff to file the third amended complaint, and further directed plaintiff that no new defendants or new claims could be added without leave of court.

       On December 22, 2010, plaintiff filed a document entitled "Opposition to Court Order to Dismiss in Part and Denying Them in Part." The court interprets this as a motion for reconsideration of the November 23, 2010 order. The motion is DENIED, for failure to comply with Civil Local Rule 7-9.

       Also on December 22, 2010, plaintiff submitted his proposed third amended complaint. Contrary to the specific directions in the November 23, 2010 order, plaintiff added two new defendants – Dan Lydon and Scott Gore – and included allegations against a third defendant – Dominic Chiovare – whom the court had dismissed in the November 23, 2010 order. The proposed third amended complaint will not be accepted for filing, because it includes new defendants, in violation of the November 23, 2010 order and Federal Rule of Civil Procedure 15(a).

1    Along with his proposed amended complaint, plaintiff filed a document entitled
2 "Notice to Add Following Defendants" in which he appears to be attempting to justify his
3 inclusion of the new defendants in the third amended complaint.  It is not clear whether
4 plaintiff intended this "Notice" to serve as a motion for leave to amend the complaint to add
5 new defendants.  Since the "Notice" is not described as a motion, and is not noticed as
6 required by the Civil Local Rules of this court, the court concludes that plaintiff did not
7 intend it as a motion.

8    The court will allow plaintiff two additional weeks to file a third amended complaint
9 that complies with the directions in the November 23, 2010 order.  The third amended
10 complaint must be filed no later than Wednesday, January 12, 2011.  If plaintiff wishes to
11 add new defendants or new claims, he must file a motion for leave to amend the complaint,
12 in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this
13 court.

15 **IT IS SO ORDERED.**
16 Dated: December 28, 2010

    _____
17    PHYLLIS J. HAMILTON
      United States District Judge

2