UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR,

    Plaintiff,

    v.

ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY, et al.,

    Defendants.

_____/

No. C 10-0715 PJH

**ORDER**

On February 15, 2011, plaintiff Fred C. Carr filed an amended complaint and what the court interprets as a motion for leave to further amend the complaint to add defendants. The parties are directed to adhere to the following briefing schedule:

Any opposition to the motion for leave to amend the complaint shall be filed and served no later than March 9, 2011. Any reply to the opposition(s) shall be filed and served no later than March 23, 2011. The court will decide the motion on the papers. No hearing will be held.

Defendants need not file a response to the recently-filed amended complaint until after the court has ruled on the motion for leave to amend. Once that order has issued, defendants shall file any answer or motion to dismiss within 21 days. If defendants file a motion to dismiss, plaintiff shall file and serve his opposition within 14 days, and defendants shall file and serve any reply no later than 7 days thereafter. If the court determines that a hearing is warranted, the court will so advise the parties.

If plaintiff fails to adhere to these deadlines, the action will be dismissed.

**IT IS SO ORDERED.**

Dated: February 18, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge