UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR, JR.,

    Plaintiff,

    v.

ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY, et al.,

    Defendants.
_____/

No. C 10-0715 PJH

**ORDER DENYING REQUEST TO FILE AMENDED COMPLAINT**

    Plaintiff's February 23, 2011 request for leave to file an amended complaint adding new claims against the Union is DENIED for failure to comply with Civil Local Rule 10-1.

    In addition, plaintiff has a motion pending for leave to amend the complaint. No further requests for leave to amend may be filed until the present motion has been resolved.

**IT IS SO ORDERED.**

Dated: February 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge