UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED C. CARR, JR.,

    Plaintiff,

    v.

ALLIED WASTE SYSTEMS OF ALAMEDA COUNTY, et al.,

    Defendants.
_____/

No. C 10-0715 PJH

**ORDER VACATING HEARING DATES**

The date for the hearing on the Allied defendants' motion to dismiss, previously set for July 13, 2011, is VACATED. The date for the hearing on the Union defendants' and the Rosenfeld attorneys' motion to dismiss, previously set for August 3, 2011, is VACATED. The court will decide the motions on the papers and issue a written decision.

**IT IS SO ORDERED.**

Dated: July 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge